– 1 –

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION
11
12 AMBER HAWTHORNE, on Behalf of Herself and All Others similarly situated,

Plaintiff,

vs.

UMPQUA BANK,

Defendants.

Case No.: 3:11-cv-006700-EMC

Hon. Edward M. Chen

**[PROPOSED] ORDER ALLOWING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANT TO RESPOND, MOVE, OR OTHERWISE PLEAD**

Complaint Filed: December 29, 2011

– 1 –

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. Plaintiff Amber Hawthorne shall have up to and including February 17, 2012 to file a First Amended Complaint. The First Amended Complaint may add additional putative class members as plaintiffs.

2. Defendant Umpqua Bank shall have until March 19, 2012 to respond, move, or otherwise plead to the First Amended Complaint.

DATED: 1/24/12  _____

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA