# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMBER HAWTHORNE**, *et al.*<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**UMPQUA BANK,**<br><br>    **Defendant.** | Case No.: C-11-6700 YGR<br><br>**ORDER ENTERING TENTATIVE RULING ON MOTION TO DISMISS AS ORDER OF COURT** |

1. Pursuant to the parties' stipulation (Dkt. No. 31), the Court's Order re Notice of Tentative Ruling Granting in Part and Denying in Part Defendant Umpqua Bank's Motion to Dismiss, Dkt. No. 30, shall be the Order of the Court. Accordingly, for the reasons set forth therein, Defendant Umpqua Bank's Motion to Dismiss, Dkt. No. 18, is **GRANTED IN PART AND DENIED IN PART**.

2. Defendant shall have 21 days to file and serve its answer to the first amended complaint.

3. The May 1, 2012 hearing on the motion is **VACATED**.

4. This Order Terminates Docket Number 18.

**IT IS SO ORDERED.**

Date: April 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**