UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER HAWTHORNE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UMPQUA BANK,<br><br>    Defendant. | Case No. 11-cv-06700-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 40 |

Before the Court is Defendant's Motion for Judgment on the Pleadings. Dkt. No. 40. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 20, 2013, is hereby VACATED.

However, if any party advises the Court in writing by no later than two days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Any such notice should reflect the date or dates on which the parties are available for the hearing.

**IT IS SO ORDERED**.

Dated: June 13, 2013

                                                JON S. TIGAR
                                          United States District Judge