UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER HAWTHORNE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UMPQUA BANK,<br><br>    Defendant. | Case No. 11-cv-06700-JST<br><br>**ORDER RE: JULY 10, 2013 CASE MANAGEMENT CONFERENCE** |

As discussed at today's Case Management Conference, Defendant Umpqua Bank's pending Motion for Judgment on the Pleadings, ECF No. 40, requests that the Court enter judgment on part, but not all, of Plaintiffs' Fifth Cause of Action for violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, *et seq.*

Neither the motion nor the opposition addresses whether a motion for judgment on the pleadings gives the Court the power to enter judgment on less than an entire cause of action. Unlike Federal Rule of Civil Procedure 56, Rule 12(c) does not explicitly provide for that relief.

Accordingly, and as discussed at the Conference, by July 22, 2013, the parties shall submit either: (1) competing briefs, not longer than eight pages, addressing the foregoing question; or (2) a stipulated request for leave to file a Second Amended Complaint that separates Plaintiffs' UCL cause of action into at least three separate causes of action.

/ / /

/ / /

Umpqua's motion will be deemed submitted at that time, unless the Court schedules the matter for further hearing.

**IT IS SO ORDERED**.

Dated: July 10, 2013

_____
JON S. TIGAR
United States District Judge