Scott H. Jacobs (SBN 81980)
    Email: shjacobs@reedsmith.com
Kasey J. Curtis (SBN 268173)
    Email: kcurtis@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendant
UMPQUA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER HAWTHORNE, CHRISTOPHER KNEER, and VICTORIA KNEER on Behalf of Themselves and All Others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UMPQUA BANK,<br><br>Defendant. | Case No.: 3:11-cv-06700-JST<br><br>Hon. Jon S. Tigar<br><br>[PROPOSED] ORDER APPROVING STIPULATION FOR: (1) LEAVE TO FILE SECOND AMENDED COMPLAINT; AND (2) TIME FOR DEFENDANT TO ANSWER SECOND AMENDED COMPLAINT<br><br>Complaint Filed:        Dec. 29, 2011<br>First Amended Compl.:  Feb. 12, 2012 |

## ORDER

Having considered the Parties' Stipulated Request For (1) Leave to File Second Amended Complaint and (2) Time for Defendant to Answer Second Amended Complaint (the "Stipulation"), and good cause appearing.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs Amber Hawthorne, Christopher Kneer and Victoria Kneer may file the [Proposed] Second Amended Complaint attached to the Stipulation as Exhibit 1;

2. Defendant Umpqua Bank may file its answer to the Second Amended Complaint in the form attached to the Stipulation as Exhibit 2 within two (2) court days after receiving notice that the Second Amended Complaint has been filed;

3. The Court's prior ruling, granting Umpqua's Motion to Dismiss as to Plaintiffs' cause of action for unconscionability, shall be applicable to the Second Amended Complaint, and Plaintiffs' claim for unconscionability shall not be revived by the filing of the Second Amended Complaint;

4. Defendant Umpqua Bank's Motion for Judgment on the Pleadings, ECF Docket Nos. 40, 41, and 42, will be considered as if it were filed to the Second Amended Complaint.

DATED: 7/22/13

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION FOR: (1) LEAVE TO FILE SECOND AMENDED COMPLAINT; AND (2) TIME FOR DEFENDANT TO ANSWER SECOND AMENDED COMPLAINT