UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMBER HAWTHORNE, et al.,

    Plaintiffs,

v.

UMPQUA BANK,

    Defendant.

Case No. 11-cv-06700-JST

**ORDER RE: NOTICE OF SETTLEMENT**

Re: ECF No. 96

The Court is in receipt of the parties' joint request to vacate the case schedule in light of the parties' settlement of this action. ECF No. 96. The Court hereby VACATES the schedule in this case. The parties shall file their motion for preliminary approval of the class action settlement by May 19, 2014.

The Court also hereby SETS a case management conference on May 28, 2014, which will automatically be vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: April 4, 2014

                JON S. TIGAR
                United States District Judge